AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Tatel, David S. | 2. Court or Organization<br><br>U.S. Court of Appeals, DC Cir. | 3. Date of Report<br><br>05/05/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Federal Judicial Center |
| 2. | Member of Judicial Advisory Board | American Society of International Law |
| 3. | Co-Chair, Committee on Science, Technology, and Law | National Academy of Sciences |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Self-Employed (education consultant) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Academy of Sciences, Washington, D.C. | 3/8/16-3/11/15 | Irvine, CA | Attend Committee Meeting | Airfare, Lodging, Local Transportation |
| 2. | University of Chicago, Chicago, IL | 4/28/16-5/1/16 | Chicago, IL | Participate in law school Moot Court Competition | Airfare, Meals, Local Transportation |
| 3. | The Jewish Federations of North America, Inc., Washington, D.C. | 11/14/16 | Washington, D.C. | Give speech to the annual General Assembly | Local Transportation |
| 4. | National Academy of Sciences, Washington, D.C. | 12/16/16-12/18/16 | Washington, D.C. | Attend Committee Meeting | Local Transportation |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/05/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One Bank | A | Interest | L | T | | | | | |
| 2. Starbucks Corp. | C | Dividend | M | T | | | | | |
| 3. Standard & Poors Midcap 400 | B | Dividend | M | T | | | | | |
| 4. Federal Realty Investment Trust | B | Dividend | L | T | Donated (part) | | | | |
| 5. Avalonbay Communities | B | Dividend | L | T | Donated (part) | | | | |
| 6. Wisconsin St 4.75% due 5/1/25 | B | Interest | | | Redeemed | 05/01/16 | K | C | |
| 7. Spring, TX Indpt Sch 5% due 8/15/33 | B | Interest | K | T | | | | | |
| 8. Schwab Advisors Cash Reserves Premier Fund | A | Dividend | L | T | Sold (part) | 01/15/16 | J | A | |
| 9. -See Line 8 | | | | | Sold (part) | 04/13/16 | J | A | |
| 10. -See Line 8 | | | | | Sold (part) | 07/19/16 | J | A | |
| 11. -See Line 8 | | | | | Sold (part) | 08/26/16 | K | A | |
| 12. -See Line 8 | | | | | Sold (part) | 10/19/16 | J | A | |
| 13. -See Line 8 | | | | | Buy (add'l) | 12/19/16 | L | | |
| 14. DFA Emerging Markets Core Equity Portfolio | A | Dividend | K | T | Buy (add'l) | 12/29/16 | J | | |
| 15. DFA Emerging Markets Value Portfolio | A | Dividend | | | Sold | 10/17/16 | K | A | |
| 16. DFA International Small Cap Value Portfolio | A | Dividend | J | T | | | | | |
| 17. DFA T.A. U.S. Core Equity 2 Portfolio | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DFA US Core Equity 2 Portfolio | A | Dividend | K | T | | | | | |
| 19. United Therapeutics Corp. | | None | J | T | Buy | 01/12/16 | K | | |
| 20. -See Line 19 | | | | | Sold (part) | 04/11/16 | J | A | |
| 21. -See Line 19 | | | | | Sold (part) | 04/19/16 | J | A | |
| 22. Solaredge Tech | | None | J | T | | | | | |
| 23. DFA International Core Equity Portfolio | A | Dividend | K | T | Buy | 07/20/16 | K | | |
| 24. Simplified Employee Pension Plan (SEP-IRA) | | | | | | | | | |
| 25. --Schwab Advisors Cash Reserve Premier Fund | A | Dividend | J | T | Buy (add'l) | 04/05/16 | J | | |
| 26. ---See Line 25 | | | | | Sold (part) | 12/19/16 | J | A | |
| 27. --DFA Selectively Hedged Global Fixed Income Portfolio | A | Dividend | K | T | | | | | |
| 28. --DFA International Core Equity Portfolio | B | Dividend | L | T | Buy (add'l) | 03/30/16 | J | | |
| 29. ---See Line 28 | | | | | Buy (add'l) | 06/29/16 | J | | |
| 30. ---See Line 28 | | | | | Buy (add'l) | 09/29/16 | J | | |
| 31. ---See Line 28 | | | | | Buy (add'l) | 12/14/16 | J | | |
| 32. ---See Line 28 | | | | | Sold (part) | 12/16/16 | J | A | |
| 33. Individual Retirement Account | | | | | | | | | |
| 34. --U.S. Treasury TIPS 2% due 1/15/26 | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Vanguard S/T Investment Grade Fd | D | Dividend | N | T | | | | | |
| 36. --Vanguard Inter Term Corporate Bond Fd | C | Dividend | L | T | | | | | |
| 37. --DFA Five Year Global Fixed Income Portfolio | D | Dividend | N | T | | | | | |
| 38. --DFA Short Term Extended Quality Portfolio Instl | A | Dividend | | | Sold | 03/11/16 | L | A | |
| 39. --DFA Selectively Hedged Global Fixed Income Portfolio | D | Dividend | N | T | | | | | |
| 40. --PIMCO Emerging Local Bond Fund | B | Dividend | K | T | | | | | |
| 41. --DFA Emerging Markets Core Equity Portfolio | B | Dividend | L | T | | | | | |
| 42. --DFA Emerging Markets Small Cap Portfolio | B | Dividend | L | T | | | | | |
| 43. --DFA International Core Equity Portfolio | B | Dividend | K | T | | | | | |
| 44. --DFA International Small Cap Value Portfolio | C | Dividend | M | T | | | | | |
| 45. --DFA U.S. Core Equity 2 Portfolio | C | Dividend | M | T | Sold (part) | 12/16/16 | L | E | |
| 46. --DFA U.S. Small Cap Value Portfolio | B | Dividend | M | T | | | | | |
| 47. --DFA U.S. Micro Cap Portfolio | A | Dividend | M | T | | | | | |
| 48. --DFA Emerging Markets Value Portfolio | B | Dividend | L | T | | | | | |
| 49. --Schwab Advisors Cash Reserve Premier Fund | A | Dividend | J | T | | | | | |
| 50. --Templeton Global Bond Fund | A | Dividend | K | T | | | | | |
| 51. --Vanguard Total International Bond ETF | A | Dividend | K | T | Buy (add'l) | 07/20/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/05/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Vanguard Short-Term Inflation-Protected Securities ETF | A | Dividend | L | T | | | | | |
| 53. --Vanguard Emerging Markets Government Bond ETF | B | Dividend | K | T | | | | | |
| 54. --United Therapeutics | | None | J | T | | | | | |
| 55. --DFA Targeted Credit Portfolio | D | Dividend | N | T | Buy (add'l) | 03/14/16 | M | | |
| 56. MassMutual Life- whole life insurance policy | D | Int./Div. | N | T | | | | | |
| 57. Rental property, Rappahannock County, VA (8/2/96 $86,600) | D | Rent | L | R | | | | | |
| 58. Nevada College Savings Plan Vanguard Moderate Growth Port (no control) | | None | M | T | Buy (add'l) | 12/27/16 | K | | |
| 59. Nevada College Savings Plan Vanguard Income Portfolio (no control) | | None | K | T | Sold (part) | 09/08/16 | J | D | |
| 60. -See Line 59 | | | | | Buy (add'l) | 12/27/16 | J | | |
| 61. Nevada College Savings Plan Vanguard Conserv Grwth Port (no control) | | None | K | T | Buy (add'l) | 12/27/16 | J | | |
| 62. Nevada College Savings Plan Vanguard Growth Portfolio (no control) | | None | J | T | Sold (part) | 09/08/16 | J | A | See Note 1 |
| 63. -See Line 62 | | | | | Buy (add'l) | 12/27/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/05/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1 (Part VII, Line 62)- A portion of the assets were transferred from the Growth to Moderate Growth portfolio.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ David S. Tatel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544